FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'11 MAY 23 P2:12

CLERK U.S. DISTRICT COURT
BY: [signature] DEPUTY CLERK
AT WICHITA, KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Patrick E. Quaney
6922 W Shade # 102
Wichita Kansas 67212
(Enter above the full name of the Plaintiff(s)

vs.

Case Number: 11-1142-WEB-KGG

David Vise, Mngr Rehab Center
Name
1555 N. Meridian Ave
Street and number
Wichita, Kansas, 67203-1947
City State Zip Code

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

**CIVIL COMPLAINT**

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A. Name of plaintiff Patric E Quaney

Address 6922 W Shade Apt # 102

Wichita Kansas 67212

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant David Vise is

employed at Meridian Rehab Center as a Manager

C. Additional Defendants Meridian Nursing & Rehab Center, Dr. Solomon Ashfaq, Jon Choi

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Kansas.

2. The first-named defendant above is either

a. a citizen of the State of ________; or

b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of ________; or

b. a corporation incorporated under the laws of the State of kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

_____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

I am filing this on the grounds of medical malpractice based on the negligent administering of medication resulting in renal failure.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I claim that the defendant was not only neglegant in the way I was cared for but also responsible the lifestyle I am forced to live now as a result of the neglegant administering of medication and care while at this facility.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Monetary retribution for pain and suffering and for loss of the quality of lifestyle I was accustomed to.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Because of the combined neglance of the defendance I live with irreversable compromised health that has put severe limitations on my lifestyle and like a theif in the night robbed my of my independence. That which I have lost was priceless, so at this time the amount is undeterminable.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [✓]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

______________________________________________

______________________________________________

______________________________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

______________________________________________

______________________________________________

______________________________________________

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _______________ and assigned to the Honorable Judge ____________________________.

✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

I designate Wichita Kansas as my place of trial.

Patrick E Quaney
Signature of Plaintiff

Patrick E Quaney
Name (Print or Type)
6922 W Shade #102
Wichita, KS 67202